FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Michael Oakes 366-104
Jessup Corectional Institution
P.O Box 534
Jessup, Mb 20794
(Full name, prison identification
number and address of the plaintiff)

v.

Department of Public Safety
Inmate Grievance Office
115 SupBrook lane Suite 200
SupBrook Station
Pikesville, Mb 21208
(Full name and address of the defendant(s))

Civil Action No. GLR-14-2002
(Leave blank on initial filing to be filled in by Court.)

## COMPLAINT

I. **Previous lawsuits**

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐    NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

      Plaintiff: _____

      Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

[items 2–6 crossed out with diagonal line]

7. Date of disposition: _____

## II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☑   NO ☐

   1. If you answered YES:

      a. What was the result? *Dismissed*

      b. Did you appeal?

         YES ☐   NO ☑

   2. If you answered NO to either of the questions above, explain why:

      *The Response from the I.G.O, Was Beyond the 30 Days Time Period, By the Time I Received it.*

1983 Complaint (Rev. 03/2011)                                    7

**III.   Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

See Attached Description of Incident.

**IV.   Relief**
(State briefly what you want the Court to do for you.)

I would like to see Disciplinary Action be Taken Against the Correctional Officers Responsibale, I Seek Finacial Compisation for Pain and Suffering in the Amount of 10,000 Dollars, And Any other Comisation That the Court Sees Fit.

SIGNED THIS __17__ day of, __June__, __2014__.

_Michael Oakes_
(original signature of plaintiff)

Michael Oakes
P.O Box 534
Jessup, MD 20794
(address of plaintiff)