IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL OAKES, PLAINTIFF

V

GREGORY HERSHBERGER, DEFENDANT

Case No. GLR-14-2002

* * * * * * * *

MOTION TO AUGMENT & SUPPLEMENT THE RECORD

Now moves the Plaintiff as captioned above. In response to Court's order dated as 26 June 2014.

Plaintiff makes the following Facts known:

1. The Following Officers are Claimed as the officers who cause the injury, to the Plaintiff:
a. LT. TREMA STONE,
b. LT. PIUS UWALA,
c. SGT. IWILL MASON,
d. LT. BRANDON BARNETT,
E. OFFICER MISBAU RAJI,

of all whom work or worked at the J.C.I. facility on the date as indicated in the original complaint.

page 1

All of the Defendants are agents of the Defendant and will presumably, be represented by the ATTORNEY GENERAL of MARYLAND.

Upon Notice of the Court, Plaintiff will make any further supplements to the Record, as demanded.

Submitted By,

*Michael Oakes, by Agent*

MICHAEL OAKES, Plaintiff

CERTIFICATE OF SERVICE

On this  9th  day of July 2014, Plaintiff, did make and mail by first class mail copies of the enclosed documents to the OFFICE OF THE ATTORNEY GENERAL for the STATE OF MARYLAND.

*Michael Oakes - by Agent*

MICHAEL OAKES

DOC#:  366104       NAME:  OAKES              MICHAEL      R
NOTE:  FROM 17 BR290

| DATE | CODEID | OP ID | REFERENCE | | | | |
|---|---|---|---|---|---|---|---|
| | CRTCOSTS | HOLD | CONTRBND | TRANS | RESERVE | ACTIVE | BALANCE |
| 06/12/14 | 6102PS01 | L51336 | POSTAGE 5-26 | | | | |
| | 0.00 | 0.00 | 0.00 | 7.11- | 50.00 | 8.18 | 58.18 |
| 06/09/14 | 2102PR10 | L51336 | PAYROLL MAY | | | | |
| | 0.00 | 0.00 | 0.00 | 19.80 | 50.00 | 15.29 | 65.29 |
| 06/09/14 | 6102CC01 | L51336 | COPY CARD | | | | |
| | 0.00 | 0.00 | 0.00 | 4.50- | 43.68 | 1.81 | 45.49 |
| 06/03/14 | 60026003 | KEEFE | 000000102576785 | | | | |
| | 0.00 | 0.00 | 0.00 | 0.65- | 43.68 | 6.31 | 49.99 |
| 05/22/14 | 6102CC01 | K51576 | COPYCARD-5/14 | | | | |
| | 0.00 | 0.00 | 0.00 | 2.25- | 43.68 | 6.96 | 50.64 |
| 05/14/14 | 88020001 | L51336 | UNION SUPPLY DI | | | | |
| | 0.00 | 0.00 | 0.00 | 24.10- | 43.68 | 9.21 | 52.89 |
| 05/13/14 | 2102PR05 | L51757 | PAYROLL APR | | | | |
| | 0.00 | 0.00 | 0.00 | 19.80 | 43.68 | 33.31 | 76.99 |
| 05/13/14 | 60026009 | KEEFE | 000000102296406 | | | | |
| | 0.00 | 0.00 | 0.00 | 4.89- | 37.08 | 20.11 | 57.19 |

MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF